## 52436. WESTBERRY v. THE STATE.

MARSHALL, Judge.

The decision of the Court of Appeals in this case (*Westberry v. State,* 139 Ga. App. 817 (229 SE2d 760 (1976)) having been reversed by the Supreme Court (238 Ga. 648) (1977), our decision is herewith vacated and the judgment of the Liberty Superior Court is affirmed.

*Judgment affirmed. McMurray and Smith, JJ., concur.*

DECIDED MAY 11, 1977.

*R. B. Donaldson, Jr.,* for appellant.
*John W. Underwood, District Attorney, Dupont K. Cheney, Assistant District Attorney,* for appellee.